1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 7   UNITED STATES OF AMERICA, | Case No:  CR 13-00088 SBA |
| 8              Plaintiff, | **ORDER ACCEPTING REPORT** |
| 9       vs. | **AND RECOMMENDATION** **REGARDING GUILTY PLEA** |
| 10 | |
| 11   TONY D. LOMBARDI, | Docket 18 |
| 12              Defendant. | |

13

14        On May 21, 2013, the Court referred this matter to Magistrate Judge Westmore ("the

15   magistrate") for a report and recommendation on the acceptance of Defendant's guilty plea.

16   Dkt. 16.  On May 28, 2013, the Defendant appeared before the magistrate and, with the

17   assistance of counsel, waived his right to enter a guilty plea before a district judge and

18   instead consented to enter his plea in a hearing before the magistrate.  See Dkt. 18.  The

19   magistrate conducted a full hearing in the manner set forth in Federal Rule of Criminal

20   Procedure 11.  Id.  After the advisements set forth in Rule 11, the Defendant entered a

21   guilty plea in open court.  Specifically, the Defendant pled guilty pursuant to a written plea

22   agreement to Count One of the Information charging Defendant with Contempt of Court in

23   violation of 18 U.S.C. § 401(3).  Id.  The magistrate found that Defendant was fully

24   competent and capable of entering an informed plea, that he was aware of the nature of the

25   charges and the consequences of the guilty plea, and that the guilty plea was knowing and

26   voluntary and supported by an independent factual basis.  Id.

27        On May 28, 2013, the magistrate issued a Report and Recommendation Regarding

28   Guilty Plea in which she recommends that this Court accept Defendant's guilty plea.  Dkt.

18.  The Report and Recommendation advises the parties that they may serve and file specific written objections to the order within fourteen days after being served with a copy of the order.  Id.  No written objections to the Report and Recommendation were filed prior to the hearing.  At the July 11, 2013 sentencing hearing in this matter, the parties indicated that they have no objections to the Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED THAT the magistrate's Report and Recommendation (Dkt. 18) is ACCEPTED, the Defendant's guilty plea is accepted, and the magistrate's Report and Recommendation shall become the order of this Court.

IT IS SO ORDERED.

Dated: 7/22/13

SAUNDRA BROWN ARMSTRONG
United States District Judge