UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>TONY D. LOMBARDI,<br><br>    Defendant. | Case No:  CR 13-00088 SBA<br>                CR 13-00006 SBA<br><br>**ORDER** |

      Defendant currently is on supervised release following the entry of criminal judgments in the above-referenced actions.  On April 9, 2014, the Court, upon request of the Probation Department, issued a sealed arrest warrant in connection with a Form 12 petition to revoke his supervised release.  The Form 12 was based on new state criminal charges.  To date, the Probation Department has taken no further action on the Form 12.

      On January 12, 2015, Defendant submitted a letter to the Court.  Defendant states that he is serving his sentence on the state charges, and requests that the Court place the Form 12 matter on calendar so that he can "clear up" his federal warrant.  Before the Court places the matter on calendar, it requires information from the Probation Department regarding its intentions with respect to the Form 12.  Accordingly,

      IT IS HEREBY ORDERED THAT the Probation Department for the Northern District of California ("Probation Department") review this matter, meet and confer with

| | |
|---|---|
| 1 | the United States Attorney's Office and Defendant's counsel, and file a report to the Court |
| 2 | stating its planned course of action regarding the Form 12.  The Probation Department shall |
| 3 | file its report within thirty (30) days of the date this Order is filed.  The Clerk shall serve a |
| 4 | copy of this Order on Defendant and the Probation Department. |
| 5 |     IT IS SO ORDERED. |
| 6 | Dated: 1/30/15 |

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge