```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    DAVID R. CALLAWAY (CABN 121782)
 3  Chief, Criminal Division

 4  TAI S. MILDER (CABN 267070)
    Special Assistant United States Attorney
 5      1301 Clay St., 3rd Floor
        Oakland, California 94612
 6      Telephone: (510) 637-3932
        Fax: (510) 637-3724
 7      E-Mail: tai.milder2@usdoj.gov

 8  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-13-00088 SBA |
|---|---|---|
| Plaintiff, | ) | CR-07-00006 SBA |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO UNSEAL FORM 12 PETITION** |
| TONY D. LOMBARDI, | ) | |
| Defendant. | ) | |

The defendant, Tony D. Lombardi, represented by Seth P. Chazin, Esquire, and the government, represented by Tai S. Milder, Special Assistant United States Attorney, jointly request that the Court unseal the pending Form 12 petition to revoke the supervised release of the defendant in the above-captioned cases. The parties believe that there is good cause to unseal the Form 12 as the defendant is currently in state custody. The United State Probation Office is in accord.

///

///

///

///

///

Consequently, the parties respectfully request that the Court unseal the pending Form 12 petition in the above-captioned cases.

DATED: March 18, 2015                                                         Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              /s/ Tai Milder
                                              TAI S. MILDER
                                              Special Assistant United States Attorney

                                              /s/ Seth Chazin*
                                              SETH P. CHAZIN
                                              Attorney for Defendant

*Signed with permission.

## AMENDED [~~PROPOSED~~] ORDER

For good cause shown, and upon the agreement of the parties, the Court hereby unseals the pending Form 12 petition in Case No. CR-13-00088 SBA and Case No. CR-07-00006 SBA.

IT IS SO ORDERED.

DATED: March 18, 2015                                          _/s/ Saundra B. Armstrong_
                                                        HON. SAUNDRA B. ARMSTRONG
                                                        United States District Judge